LAWRENCE J. WOOD, APPELLANT, V. MCGINLEY CREDIT CORPORATION, APPELLEE.

FILED DECEMBER 16, 1931. No. 27973.

*James A. Hayward,* for appellant.

*Claude S. Wilson, Roy F. Gilkeson* and *Hymen Rosenberg, contra.*

Heard before ROSE and GOOD, JJ., and CHAPPELL and LANDIS, District Judges.

PER CURIAM.

Plaintiff sought by this action to set aside a default judgment entered against him in the municipal court of Lincoln. The trial court found for defendant and plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.